# EXHIBIT NN

# NEWBRIDGE ON THE CHARLES
## ❋ Hebrew SeniorLife

5000 GREAT MEADOW ROAD, DEDHAM, MA 02026

EVAN1064@GMAIL.COM

Form RB-01

| RESIDENT # | UNIT | STMT. DATE |
|---|---|---|
| 501448 | ■ | 04/30/2015 |
| RESIDENT(S) | | |
| Ms. Helen Birnbaum | | |
| TOTAL AMOUNT DUE | ■ | |
| DUE DATE | 00/00/0000 | |

$ _____

| DATE | DESCRIPTION | Days/Units | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Balance Forward | | | | 388.86 |
| 03/25/15 | AL Spa Services | 1 | | | |
| 04/01/15 | AL Laundry Charge 2 Loads | 2 | | | |
| 04/08/15 | AL Guest Meals | 1 | | | |
| 04/09/15 | AL Activity Fee Showcase Theatre Legecy Place | 1 | | | |
| 04/10/15 | AL Guest Meals | 1 | | | |
| 04/16/15 | AL Activity Fee Isabella's | 1 | | | |
| 04/19/15 | AL Activity Fee Boston Phillharmonic | 1 | | | |
| 04/21/15 | ■ | | | | |
| 04/23/15 | AL Activity Fee Rice Barn | 1 | | | |
| 04/25/15 | AL Guest Meals | 1 | | | |
| 04/26/15 | AL Meal Delivery | 1 | | | |
| 05/01/15 | AL 1 One Bedroom DLX Floor 1 05/01-05/3' | 1 | | | |

TOTAL AMOUNT DUE ■

RESIDENT NAME **Ms. Helen Birnbaum**
IL Billing questions, please call Rhetta Johnson at 781-234-9240
AL Billing questions, please call Barbara Mouchayleh at 781-234-9402

Form RB-01

**CONFIDENTIAL PHI: Attorneys' Eyes Only**

NOTC_000227