**EXHIBIT D**



3081 Donnelly Drive
Lantana, FL 33462

Return Service Requested

☐ Check here for change of address (see reverse for details)

MR. MURRAY YOUNG

**Remittance Section**

| | |
|---|---|
| Name: | Murray Young |
| Account No: | 70127160 |
| Statement No: | 15147 |
| Apt. No: | 2102 |
| Comm. No: | 10343 |
| Due Date: | 09/01/2014 |
| Amount Due: | |
| Amount Enclosed: | $ |

Use enclosed envelope and make payable to:
Atria Meridian

Atria Management Co LLC
P.O. Box 538001
Atlanta, GA 30353-8001

5380100000000000070127160201034300001514708152014090120140000442500000000000004

*Keep lower portion for your records - Please return upper portion with your payment.*

3081 Donnelly Drive
Lantana, FL 33462

| | | | |
|---|---|---|---|
| Name: | Murray Young | Due Date: | 09/01/2014 |
| Account No: | 70127160 | Prior Balance: | |
| Statement No: | 15147 | Payments: | |
| Apt. No: | 2102 | Billing: | |
| Comm. No: | 10343 | Amount Due: | |

## Important Messages

- Please call 561-965-7200 with questions and correspondence
- Activity after the 16th of the month may not be reflected on this statement
- Payments received after the Due Date are subject to finance charges
- For online payments visit www.atriaseniorliving.com, click on Current Residents then Atria WebPay to Create an Account

| Billing / Payment Activity | Ref Date | Ref Number | Amount |
|---|---|---|---|
| | 08/11/2014 | Payment | |
| Lunch Guest | 07/27/2014 | 0004220697 | |
| | 08/01/2014 | 0004225665 | |
| Dinner Guest | 08/10/2014 | 0004271696 | |
| | 09/01/2014 | 0004252442 | |

Amount Due:

CONFIDENTIAL                                                                                                         AtriaMeridian_000008



3061 Donnelly Drive
Lantana, FL 33462

Atria SENIOR LIVING

Return Service Requested

☐ Check here for change of address (see reverse for details)

MR. MURRAY YOUNG

**Remittance Section**

| | |
|---|---|
| Name: | Murray Young |
| Account No: | 70127160 |
| Statement No: | 15353 |
| Apt. No: | 2102 |
| Comm. No: | 10343 |
| Due Date: | 10/01/2014 |
| Amount Due: | |
| Amount Enclosed: | $ |

Use enclosed envelope and make payable to:
Atria Meridian

Atria Management Co LLC
P.O. Box 538901
Atlanta, GA 30353-8001

53800100000000000070127160201034300001535309172014100120140000020542000000000001

*Keep lower portion for your records - Please return upper portion with your payment.*

Atria 3061 Donnelly Drive Lantana, FL 33462
SENIOR LIVING

| Name: | Murray Young | Due Date: | 10/01/2014 |
|---|---|---|---|
| Account No: | 70127160 | Prior Balance: | |
| Statement No: | 15353 | Payments: | |
| Apt. No: | 2102 | Billing: | |
| Comm. No: | 10343 | Amount Due: | |

**Important Messages**

- Please call 561-965-7200 with questions and correspondence
- Activity after the 16th of the month may not be reflected on this statement
- Payments received after the Due Date are subject to finance charges
- For online payments visit www.atriaseniorliving.com, click on Current Residents then Atria WebPay to Create an Account

| Billing / Payment Activity | Ref Date | Ref Number | Amount |
|---|---|---|---|
| CK# 01064 | 09/02/2014 | Payment | |
| | 06/30/2014 | 0004278433 | |
| | 07/31/2014 | 0004278434 | |
| | 08/01/2014 | 0004304497 | |
| | 08/01/2014 | 0004304524 | |
| | 09/01/2014 | 0004304532 | |

Amount Due:

CONFIDENTIAL

AtriaMeridian_000009