IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GWEN B. DALUGE, MURRAY YOUNG, and HELENE K. BIRNBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 3:15-cv-297-WMC |

## JOINT NOTICE OF CLASS ACTION SETTLEMENT

Plaintiffs Gwen B. Daluge, Murray Young, and Helene K. Birnbaum and Defendant Continental Casualty Company respectfully submit this joint notice to notify the Court that the Parties have reached an agreement in principle regarding the terms of a Class Action Settlement. The Parties request that the Court stay all pending motions, which shall be withdrawn upon filing for preliminary approval of the Class Action Settlement within the next 60 days.

Dated: December 29, 2017

1

2

                    Respectfully submitted,

| | |
|---|---|
| /s/ Sean K. Collins | /s/ Brent R. Austin |
| Sean K. Collins (pro hac vice) | Brent R. Austin (pro hac vice) |
| Law Offices of Sean K. Collins | EIMER STAHL |
| 184 High Street, Suite 503 | 224 S. Michigan Avenue, |
| Boston, MA 02110 | Chicago, Illinois 60604 |
| Telephone: 617-320-8485 | Telephone: (312) 660-7600 |
| Facsimile: 617-227-2843 | Facsimile: (312)692-1718 |
| Email: sean@insurancelaw.com | Email: baustin@eimerstahl.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these documents through the court's CM/ECF System.

                                  /s/ Sean K. Collins\_\_\_\_\_
                                  SEAN K. COLLINS