# EXHIBIT C

| STATE | CITE | APPLICABLE STANDARD |
|---|---|---|
| Arizona | *Clark v. Compania Ganadera de Cananea, S.A.*, 387 P.2d 235, 238 (Ariz. 1963). | "In order to establish prima facie case in action for breach of contract, plaintiff must prove existence of contract with defendant, breach thereof and resulting damages." |
| Florida | *DNA Sports Performance Lab, Inc. v. Club Atlantis Condo. Ass'n, Inc.*, 219 So. 3d 107, 109 (Fla. Dist. Ct. App. 2017). | "The elements of a cause of action for breach of contract are: (1) the existence of a contract; (2) a breach of the contract, and [(3)] damages that resulted from the breach." |
| Georgia | *SAWS at Seven Hills, LLC v. Forestar Realty, Inc.*, 342 Ga. App. 780, 784 (2017) (citation and punctuation omitted). | "The elements for a breach of contract claim in Georgia are the (1) breach and the (2) resultant damages (3) to the party who has the right to complain about the contract being broken." |
| Indiana | *Collins v. McKinney*, 871 N.E.2d 363, 370 (Ind. Ct. App. 2007). | It is well settled that "[t]o recover for a breach of contract, a plaintiff must prove that: (1) a contract existed, (2) the defendant breached the contract, and (3) the plaintiff suffered damage as a result of the defendant's breach." |
| Iowa | *Iowa Arboretum, Inc. v. Iowa 4-H Found.*, 886 N.W.2d 695, 706 (Iowa 2016). | "Generally, to establish a claim for a breach of contract, the [plaintiff] must show: (1) the existence of a contract; (2) the terms and conditions of the contract; (3) that it has performed all the terms and conditions required under the contract; (4) the defendant's breach of the contract in some particular way; and (5) that plaintiff has suffered damages as a result of the breach." |
| Kentucky | Metro Louisville/Jefferson Cty. Gov't v. Abma, 326 S.W.3d 1, 8 (Ky. Ct. App. 2009). | "To prove a breach of contract, the complainant must establish three things: 1) existence of a contract; 2) breach of that contract; and 3) damages flowing from the breach of contract." |
| Massachusetts | *Bulwer v. Mount Auburn Hosp.*, 473 Mass. 672, 690, 46 N.E.3d 24, 39 (2016). | "To prevail on a claim for breach of contract, a plaintiff must demonstrate that there was an agreement between the parties; the agreement was supported by consideration; the plaintiff was ready, willing, and able to perform his or her part of the contract; the defendant committed a breach of the contract; and the plaintiff suffered harm as a result." |
| Minnesota | *Lyon Fin. Servs., Inc. v. Illinois Paper & Copier Co.*, 848 N.W.2d 539, 543 (Minn. | "The elements of a breach of contract claim are '(1) formation of a contract, (2) performance by plaintiff of any conditions precedent to his |

|  | 2014). | right to demand performance by the defendant, and (3) breach of the contract by defendant.'" |
|---|---|---|
| New York | *U.S. Nonwovens Corp. v. Pack Line Corp.*, 48 Misc. 3d 211, 215, (N.Y. Sup. 2015) (citing 2 N.Y. PJI2d 4:1, at 676 [2013]. | "Under New York law, '[t]he elements of a cause of action for breach of contract are (1) formation of a contract between plaintiff and defendant, (2) performance by plaintiff, (3) defendant's failure to perform, (4) resulting damage'" |
| Tennessee | *Ingram v. Cendant Mobility Fin. Corp.*, 215 S.W.3d 367, 374 (Tenn. Ct. App. 2006) (internal quotations omitted). | "The essential elements of any breach of contract claim include (1) the existence of an enforceable contract, (2) nonperformance amounting to a breach of the contract, and (3) damages caused by the breach of the contract." |
| Wisconsin | *Sears, Roebuck & Co. v. Bayshore Town Ctr., LLC*, 2017 WI App 50, ¶ 29, 377 Wis. 2d 335, 900 N.W.2d 871 (internal quotations omitted). | "A breach of contract claim requires proof of three elements: (1) a contract between the plaintiff and the defendant; (2) failure of the defendant to do what it undertook to do; and (3) damages." |