## EXHIBIT A: ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of

_____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Agreement and Order of Confidentiality that was issued by the United States District Court for the Western District of Wisconsin on April __, 2018 in the case of *Gwen B. Daluge et al. v. Continental Casualty Company*, Case No. 3:15-cv-297-WMC. I agree to comply with and to be bound by all the terms of this Agreement and Order of Confidentiality and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I submit to the jurisdiction of this Court for the purposes of enforcing this Agreement and Order of Confidentiality.

I solemnly promise that I will not disclose in any manner any information or item that is subject to this Agreement and Order of Confidentiality to any person or entity except in strict compliance with the provisions of this Agreement and Order of Confidentiality.

Signature: _____

Date: _____